1  IRENE RUZIN, Attorney at Law (CSB #125763)
   Law Offices of Irene Ruzin
2  16311 Ventura Blvd., Suite 900
3  Encino, CA 91436
   Tel:  818 325-2888
4  Fax: 818 325-2890
5  Email: ireneruzin@gmail.com

6  Attorney for Plaintiff, MANUEL PEDROZA III

7                  UNITED STATES DISTRICT COURT
8                  CENTRAL DISTRICT OF CALIFORNIA
9                        WESTERN DIVISION

| | | |
|---|---|---|
| MANUEL PEDROZA III, | ) | Case No.: CV 23-08356-BFM |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| v. | ) | |
| | ) | BRIANNA FULLER MIRCHEFF |
| MARTIN O' MALLEY [1], | ) | UNITED STATES MAGISTRATE |
| Commissioner of Social Security, | ) | JUDGE |
| | ) | |
| Defendant. | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND EIGHT HUNDRED AND EIGHT DOLLARS ($5,808.00) (the "AGREED AMOUNT") as authorized

/ / / /

/ / / /

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Riley should be substituted for Kilolo Kijakazi as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 21, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE